

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

September 30, 2022

Steven Pepe
T +1 212 596 9046
steven.pepe@ropesgray.com

**BY ELECTRONIC FILING**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Stylitics, Inc. v. FindMine, Inc.* Civil Action No. 1-22-cv-02983-PGG

Dear Judge Gardephe:

Ropes & Gray LLC represents Plaintiff Stylitics, Inc. in the above-referenced action. We write to respectfully request a short extension of the briefing schedule for Plaintiff's opposition to Defendant's Motion to Dismiss to account for the Jewish holidays. Defendant FindMine, Inc. does not oppose Plaintiff's request, so long as Defendant receives a corresponding extension for Defendant's reply.

The current briefing schedule for that motion was set by Your Honor prior to the filing of Defendant's Motion. *See* ECF No. 30. Plaintiff respectfully requests:

- a seven-day extension, from October 18, 2022, to **October 25, 2022**, for Plaintiff's opposition, and

- a corresponding seven-day extension, from October 25, 2022, to **November 1, 2022**, for Defendant's reply.

This is the parties' first request for an extension of these deadlines.

We thank the Court for its time and attention to this matter and remain available at the Court's convenience to address any questions or concerns.

Respectfully submitted,

/s/ *Steven Pepe*
Steven Pepe

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*

Paul G. Gardephe, U.S.D.J.

Dated: October 5, 2022

ROPES & GRAY LLP

The Honorable Paul G. Gardephe  - 2 -  September 30, 2022

cc: All counsel of record (via ECF)