

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY  FILED               │
│ DOC #:_____       │
│ DATE FILED:___12/08/2022___         │
└─────────────────────────────────────┘
```

December 8, 2022

Steven Pepe
T +1 212 596 9046
steven.pepe@ropesgray.com

**BY ELECTRONIC FILING**

Application GRANTED. The oral argument scheduled for January 12, 2023 is adjourned until February 1, 2023 at 11:00 a.m. SO ORDERED.

The Honorable Stewart D. Aaron
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1970
New York, NY 10007

Dated: December 8, 2022

Re:    *Stylitics, Inc. v. FindMine Inc.* SDNY 1:22-cv-02983
       Consented request for extension of time

Dear Judge Aaron:

We represent Plaintiff Stylitics, Inc. ("Stylitics") in the above-referenced action.  Oral argument on Defendant FindMine Inc.'s ("FindMine") motion to dismiss currently is scheduled for 11 AM Thursday, January 12, 2023.  Pursuant to Rule I(D) of Your Honor's Individual Rules of Practice, and with the consent of FindMine, Stylitics respectfully requests that this hearing be adjourned until February 1 or 2, or another subsequent date of the Court's choosing.

The reason for the current request is that a number of Stylitics' attorneys will be out of the country or at a previously-scheduled trial on the scheduled date of the hearing.  This is Stylitics' first request to adjourn this hearing, and no other scheduled dates would be affected by this request.

Respectfully submitted

/s/ *Steven Pepe*

Steven Pepe

cc: All counsel of record via ECF