

ROPES & GRAY LLP
1211 AVENUE OF THE AMERICAS
NEW YORK, NY 10036-8704
WWW.ROPESGRAY.COM

April 12, 2023

Steven Pepe
T +1 212 596 9046
steven.pepe@ropesgray.com

**BY ELECTRONIC FILING**

The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   *Stylitics, Inc. v. FindMine, Inc.* Civil Action No. 1-22-cv-02983-PGG

Dear Judge Gardephe:

Counsel for Plaintiff Stylitics, Inc. ("Stylitics") and counsel for Defendant FindMine, Inc. ("FindMine") jointly submit this letter to update the Court on the status of the parties' settlement negotiations and to request a 7-day stay of proceedings and all deadlines in this case to allow these negotiations to continue. This is the parties' first request for a stay of this litigation. The parties have engaged in good faith settlement negotiations, have agreed to the material terms of an agreement to settle this litigation, and are optimistic that this matter can be resolved without the need for further intervention from the Court. Accordingly, the parties jointly request a 7-day stay of proceedings and all deadlines in this case to provide the parties the opportunity to achieve this goal. In the event that the parties reach settlement during this period, we will promptly advise the Court.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/ *Steven Pepe*

Steven Pepe
Evan C. Gourvitz
Josef B. Schenker
ROPES & GRAY LLP
1211 Avenue of the Americas

/s/ *Peter F. Snell*

Peter F. Snell, Esq.
Mintz Levin Cohn Ferris
  Glovsky and Popeo P.C.
919 Third Avenue
New York, NY 10022

ROPES & GRAY LLP

The Honorable Paul G. Gardephe — - 2 - — April 12, 2023

| | |
|---|---|
| New York, NY 10036-8704<br>*Steven.Pepe@ropesgray.com*<br>*Evan.Gourvitz@ropesgray.com*<br>*Josef.Schenker@ropesgray.com*<br>Tel.: (212) 596-9000<br><br>James R. Batchelder *(pro hac vice pending)*<br>ROPES & GRAY LLP<br>1900 University Ave. Sixth Floor<br>East Palo Alto, CA 94303-2284<br>*James.Batchelder@ropesgray.com*<br>Tel.: (650) 617-4000<br><br>*Attorneys for Plaintiff Stylitics, Inc.* | Telephone: 212-935-3000<br>Facsimile: 212-983-3115<br>pfsnell@mintz.com<br><br>Michael T. Renaud, Esq. (*pro hac vice*)<br>Mintz Levin Cohn Ferris<br>  Glovsky and Popeo P.C.<br>One Financial Center<br>Boston, MA 02111<br>Telephone: 617-542-6000<br>Facsimile: 617-542-2241<br>mtrenaud@mintz.com<br><br>*Counsel for Defendant FindMine, Inc.* |

**MEMO ENDORSED**

**The Application is granted.**

**SO ORDERED:**

*/s/ Paul G. Gardephe*

**Paul G. Gardephe, U.S.D.J.**

Dated: April 13, 2023